**Order filed February 22, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00081-CV

_____

### IN THE INTEREST OF K.A.M.P AND J.C.P., CHILDREN

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2015-06374J**

## ORDER

This court has been notified that the trial court granted a new trial. Accordingly, the Harris County District Clerk is ordered to file a supplemental clerk's record containing:

1. the order granting the new trial; and

2. all other documents regarding the new trial.

The supplemental record shall be filed in this court by **March 5, 2018**.

If any requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the item is not a part of the case file.

PER CURIAM